**NICHOLAS G. VASKOV**
City Attorney
Nevada Bar No. 8298
**NANCY D. SAVAGE**
Assistant City Attorney
Nevada Bar No. 392
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1200 Telephone
(702) 267-1201 Facsimile
nancy.savage@cityofhenderson.com

Attorneys for Defendants
Matthew Murnane, Rudy Viscaino
Max Pilz and City of Henderson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AVORY PETERMAN;<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON; MATTHEW MURNANE, an individual; RUDY VISCAINO, an individual; MAX PILZ, an individual; DOES I-V, inclusive; ROE I-V, inclusive; DOE GOVERNMENT ENTITY EMPLOYEES; ROE GOVERNMENT ENTITY; DOE VEHICLE DRIVER; and ROE VEHICLE DRIVER,<br><br>　　　　　　　Defendants. | UNITED STATES DISTRICT COURT<br>CASE NO.: 2:19-cv-01400-GMN-DJA<br><br>**STIPULATION AND ORDER TO WITHDRAW DEFENDANTS' MOTION TO DISMISS [ECF No. 5]** |

Defendants City of Henderson, Matthew Murnane, Rudy Viscaino and Max Pilz ("Defendants"), by and through their attorney, Nancy D. Savage, Esq., Assistant City Attorney for the City of Henderson; and Plaintiff Avory Peterman ("Plaintiff"), by and through her attorneys, G. Dallas Horton, Esq. and David L. Thomas, Esq. of the law firm of G. Dallas Horton & Associates,

///

///

1

and stipulate that Defendants' Motion to Dismiss [ECF No. 5] filed on August 15, 2019, shall be and is hereby withdrawn.

DATED this 5th day of September, 2019.  DATED this 5th day of September, 2019

CITY OF HENDERSON   G. DALLAS HORTON & ASSOCIATES

/s/  Nancy D. Savage   /s/  David L. Thomas
NANCY D. SAVAGE   G. Dallas Horton, Esq.
Assistant City Attorney   Nevada Bar No. 5996
Nevada Bar No. 392   David L. Thomas, Esq.
240 Water Street, MSC 144   Nevada Bar No. 3172
Henderson, Nevada 89015   4435 South Eastern Avenue
   Las Vegas, Nevada  89119

Attorney for Defendants   Attorneys for Plaintiff
City of Henderson, Matthew Murnane,   Avory Peterman
Rudy Viscaino and Max Pilz

**ORDER**

**IT IS SO ORDERED.**

Dated this __9__ day of September, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT